**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

GLORIA SCOTT                                                                                               Plaintiff

v.                                              5:10-CV-00017-JMM-JJV

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                                                             Defendant

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.        IT IS THEREFORE ORDERED that the final determination of the Commissioner is affirmed and Plaintiff's complaint is dismissed with prejudice.

DATED this 24th day of January, 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE