**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

GLORIA SCOTT                                                                                                  Plaintiff

v.                                            5:10-CV-00017-JMM-JJV

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                                                              Defendant

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's complaint is dismissed with prejudice.

DATED this 24th day of January, 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE